# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT AND AN ARREST WARRANT FOR JOSHUA MICHAEL REED | Docket No. 3:21-mj-6 <br><br> *UNDER SEAL* |

## ORDER SEALING CRIMINAL COMPLAINT, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Arrest Warrant, Affidavit, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Affidavit, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to alfredo.de.la.rosa@usdoj.gov).

SO ORDERED this 12th day of January 2021.

Signed: January 12, 2021

_____
David C. Keesler
United States Magistrate Judge