IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT AND AN ARREST WARRANT FOR JOSHUA MICHAEL REED | Docket No. 3:21-mj-006<br><br>**ORDER** |

UPON MOTION of the United States of America for an order directing that the above captioned case be unsealed,

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, Affidavit, and other accompanying documents related to the above captioned matter are Unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to alfredo.de.la.rosa@usdoj.gov).

SO ORDERED this 14th day of January 2021.

Magistrate Judge David Keesler